UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID WILLIAMS,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-00961-P |
| VERSUS | JUDGE DRELL |
| WARDEN CALVIN JOHNSON,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the Objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 Petition (Doc. 1) is hereby DISMISSED for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Petitioner's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 20th day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE